**Order entered February 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00845-CR

**CARLOS NAVARRO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F11-59312-X**

## ORDER

The Court **REINSTATES** the appeal.

On January 9, 2014, we ordered the trial court to make findings regarding why the clerk's and reporter's records had not been filed. We have received the reporter's record, but the clerk's record has not yet been filed. Therefore, in the interest of expediting the appeal, this is now the order of the Court.

We **ORDER** the Dallas County District Clerk to file the clerk's record within **TWENTY-ONE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/     DAVID EVANS
          JUSTICE